**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 23 MM 2016
:
Respondent :
:
:
:
v. :
:
:
DAVID J. ADDAMS, :
:
Petitioner :

**ORDER**

**PER CURIAM**

    **AND NOW**, this 6th day of April, 2016, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.